UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOLFES & VON ETZDORF ASSECURANZBUREAU O.H.G.,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br><br>M/V ALGOL, her engines, boilers, etc.,<br>M/V POMERANIA SKY, her engines, boilers, etc., and<br>MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>　　　　　　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 23-cv-00572 (VEC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

　　This action has been referred to the undersigned for settlement. (ECF No. 20). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Monday May 1, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:　　New York, New York
　　　　　　April 6, 2023

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**